UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL GARDNER, individually and on behalf of GERALD GARDNER, and ANTHONY L. GARDNER and OLIVIA GARDNER STANLEY<br><br>Plaintiff<br><br>VERSUS<br><br>NEXION HEALTH AT PIERREMONT, INC. A/K/A PIERREMONT HEALTH CENTER<br><br>Defendant | CIVIL ACTION NO. _____<br><br><br><br><br><br>JUDGE _____<br><br>MAGISTRATE _____<br><br><br><br><br>JURY DEMAND |

*********************************************

## NOTICE OF REMOVAL

TO:   United States District Court
      Western District of Louisiana

Nexion Health at Pierremont, Inc. d/b/a Pierremont Healthcare Center ("Pierremont" or "Defendant"), defendant in the above-captioned state court suit filed by Michael Gardner, individually and on behalf of his deceased father, Gerald Gardner, and Anthony L. Gardner and Olivia Gardner Stanley ("Plaintiffs") and now pending in the First Judicial District Court for the Parish of Caddo, State of Louisiana, bearing Civil Action No. 559,453, files this Notice of Removal of this suit from the First Judicial District Court for the Parish of Caddo, State of Louisiana, to the United States District Court for the Western District of Louisiana.

I.

Plaintiffs filed this lawsuit in the First Judicial District Court for the Parish of Caddo, State of Louisiana, on or about May 10, 2012.

II.

Pierremont's first notice of this lawsuit occurred on or about May 21, 2012 when Pierremont was served with Plaintiffs' lawsuit through CT Corporation System, its agent for service of process.

III.

The action is one of a civil nature which alleges the liability of Pierremont to Plaintiffs. Plaintiffs specifically allege that Pierremont was negligent in its care and treatment of Gerald Gardner, for which Plaintiffs contend they are entitled to wrongful death and survival damages. Plaintiffs' petition is attached hereto as Exhibit "A" and is made a part of this pleading by reference.

IV.

The matter in dispute reasonably appears to seek damages in excess of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, as there are three claimants in this case who contend that they are entitled to survival damages for the "physical pain and suffering, mental anguish, loss of mental and intellectual function, [and] medical expenses" of Gerald Gardner. *See* Exhibit "A," at ¶5.01(1). The three claimants further contend that they are entitled to wrongful death damages, including damages for "grief and mental anguish; loss of future support; loss of parental consortium, service, society, and companionship; emotional and mental trauma resulting from the contemporaneous perception of the death of their beloved father; [and] reasonable burial expenses." *See* Exhibit "A," at ¶5.01(2).

V.

At and since the time of filing this suit, plaintiff, Michael Gardner was and is a resident of Sugar Land, Texas. *See* Exhibit "B," *in globo*, Records of Fort Bend County, Texas. At and

since the time of filing this suit, plaintiff, Anthony Gardner was and is a resident of San Antonio, Texas. *See* Exhibit "C," *in globo*, Records of Bexar County, Texas. At and since the time of filing this suit, plaintiff, Olivia Gardner Stanley was and is a resident of Lompoc, California. *See* Exhibit "D," *in globo*, Records of Olivia Gardner Stanley.

VI.

Nexion Health at Pierremont, Inc. d/b/a Pierremont Healthcare Center is a Delaware corporation with its principal place of business in Maryland.

VII.

The requisite diversity between Plaintiffs and Defendant, as required by 28 U.S.C. 1332, has been satisfied. This matter is removable pursuant to 28 U.S.C. 1332 and 28 U.S.C. 1441 (c).

WHEREFORE, Defendant, Nexion Health at Pierremont, Inc. d/b/a Pierremont Healthcare Center, gives notice of removal of the above entitled cause from the state court to this Court.

Respectfully Submitted,

/s/ Cara E. Hall
DEIRDRE C. McGLINCHEY, T.A. (24167)
dmcglinchey@mcglinchey.com
CARA E. HALL (31378)
cehall@mcglinchey.com
McGlinchey Stafford, PLLC
1811 Tower Drive, Suite A
Monroe, Louisiana 71201
Telephone (318) 651-0807
Facsimile (318) 651-0809
ATTORNEYS FOR DEFENDANT,
NEXION HEALTH AT PIERREMONT,
INC. D/B/A PIERREMONT
HEALTHCARE CENTER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

    Maria B. Glorioso, Esq.
    The Glorioso Law Firm
    815 Baronne Street
    New Orleans, LA 70113
    *Attorney for Plaintiffs*

by facsimile, electronic mail, or by depositing a copy of same in the United States mail, postage prepaid and properly addressed this 6TH day of June, 2012.

                /s/ *Cara E. Hall*