UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL GARDNER, individually and on behalf of GERALD GARDNER, and ANTHONY L. GARDNER and OLIVIA GARDNER STANLEY | CIVIL ACTION NO. 5:12-cv-01546 |
| Plaintiff | |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| NEXION HEALTH AT PIERREMONT, INC. A/K/A PIERREMONT HEALTH CENTER | MAGISTRATE KAREN L. HAYES |
| Defendant | JURY DEMAND |

## ORDER

Considering the Foregoing Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the all claims filed by Plaintiffs, Michael Gardner, individually and behalf of Gerald Gardner, against Defendant, Nexion Health at Pierremont, Inc., d/b/a Pierremont Healthcare Center, are hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

SO ORDERED, in Monroe, Louisiana, this 26th day of March, 2013.

_____
JUDGE